## CERTIFICATE OF SERVICE

      I, John Trocki, hereby certify that on June 9, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to John Michael Parsons and Richard Carson Vorhis, counsel of record for defendants.

      /s/ John A. Trocki III
      John A. Trocki III
      (Virginia Bar No. 38656)
      MORRISON & FOERSTER LLP
      1650 Tysons Boulevard
      Suite 400
      McLean, Virginia  22102
      Telephone:   703.760.7700
      Facsimile:   703.760.7777
      E-mail:   JTrocki@mofo.com

*Attorneys for Plaintiff Bruce A. Estes*