Cynthia O. Akatugba (VA Bar No. 88967)
Morrison & Foerster LLP
1650 Tysons Boulevard, Suite 400
McLean, Virginia 22102
Telephone: (703) 760-7700
Facsimile: (703) 760-7777
Email: CAkatugba@mofo.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

| | |
|---|---|
| **BRUCE A. ESTES,** | |
| **Plaintiff,** | 7:15-cv-00155-EKD-RSB |
| v. | |
| **HAROLD W. CLARKE, ET AL.,** | |
| **Defendants.** | |

**MOTION TO WITHDRAW COUNSEL JOHN A. TROCKI III**

In accordance with Rule 6(i) of the Local Rules of the United States District Court for the Western District of Virginia, the undersigned counsel, Cynthia O. Akatugba, request the Court's consent for the withdrawal of John A. Trocki III as counsel and attorney of record for Plaintiff, Bruce A. Estes. Mr. Trocki is no longer with the firm Morrison & Foerster LLP, 1650 Tysons Boulevard, Suite 400, McLean, Virginia 22102, and in his new position, cannot continue to represent Plaintiff. On October 11, 2016, Mr. Trocki filed a notice of withdrawal as counsel of record for Plaintiff and requested that service and all electronic filing notices be terminated as to him. He also noted that the undersigned would replace him as counsel of record for Plaintiff. Contemporaneously with that filing, the undersigned filed a notice of appearance in this matter. I ask that the court (1) consent to Mr. Trocki's withdrawal from representation in this case for good cause shown and (2) terminate all service on and electronic filing notices to Mr. Trocki.

va-484045

Dated: November 7, 2016                Respectfully submitted,

                                              MORRISON & FOERSTER LLP

                                              By: */s/ Cynthia O. Akatugba*
                                              Cynthia O. Akatugba (VA Bar No. 88967)
                                              1650 Tysons Boulevard, Suite 400
                                              McLean, Virginia 22102
                                              Telephone: (703) 760-7700
                                              Facsimile: (703) 760-7777
                                              Email: cakatugba@mofo.com

                                              *Attorney for Bruce A. Estes*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 7, 2016, a true and correct copy of the foregoing MOTION TO WITHDRAW COUNSEL JOHN A. TROCKI III was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties.  Parties may also access this filing through the Court's ECF system.

                */s/ Cynthia O. Akatugba*
                Cynthia O. Akatugba

                *Counsel for Bruce A. Estes*