IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

BRUCE A. ESTES,                          )
     Plaintiff,                         )
                                        )    Civil Action No. 7:15cv00155
v.                                       )
                                        )    By: Elizabeth K. Dillon
HAROLD W. CLARKE, *et al.*,              )       United States District Judge
     Defendants.                        )

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED as follows:

1. Estes's requests to voluntarily dismiss defendants John Walrath and Jessica King and his claims concerning his participation in Jewish prayer services and study sessions are GRANTED;

2. Estes's motion to strike (Dkt No. 129) is DENIED because defendants are only submitting Rabbi Schectman's testimony as fact witness testimony;

3. Estes's motion for summary judgment (Dkt. No. 120) is GRANTED IN PART as to Estes's claim concerning a kosher diet and DENIED IN PART as to all other claims;

4. Defendants' motion for summary judgment (Dkt. No. 124) is GRANTED IN PART as to Estes's claims concerning Passover and fasting days, and his Virginia Religious Freedom and Restoration Act claim, as well as with regard to the dismissal of defendant B. Hall, and it is DENIED IN PART as to all other claims.

In light of these rulings, the only claim that remains to be tried is the claim regarding the Shofar.

The court shall address the scope of declaratory and injunctive relief in this case at the conclusion of the trial and may order additional briefing.

The Clerk is directed to provide a copy of this order and the memorandum opinion to all counsel of record.

Entered: June 5, 2018.

/s/ Elizabeth K. Dillon

Elizabeth K. Dillon
United States District Judge